FLEET BANK OF CONNECTICUT *v.* ALLAN J.
BREED ET AL.

The defendants Allan J. Breed, Joseph D. Maher and Lawrence J. Levesque's petition for certification for appeal from the Appellate Court, 29 Conn. App. 924 (AC 10873), is denied.

*Richard P. Weinstein,* in support of the petition.

*Anna R. Hoyt,* in opposition.

Decided February 4, 1993

STATE OF CONNECTICUT *v.* KEITH M. COMMERFORD

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 26 (AC 10475), is denied.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 4, 1993

FIRST CHARTER NATIONAL BANK *v.* ROBERT A.
ROSS ET AL.

The defendant Ann Ross' petition for certification for appeal from the Appellate Court, 29 Conn. App. 667 (AC 11063), is granted, limited to the following issue:

"Was the Appellate Court correct when it reversed the trial court's determination that Robert A. Ross acted as the plaintiff's agent and, as such, his fraud should be imputed to the plaintiff?"

The Supreme Court docket number is SC 14688.

*Richard L. Newman,* in support of the petition.

*Michael S. McKenna,* in opposition.

Decided February 8, 1993